RECEIVED U.S. MARSHALS SERVICE

# UNITED STATES DISTRICT COURT
for the
District of Alaska

RECEIVED JAN 17 2014 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

United States of America
v.
Jason Frederick Wilson

*Defendant*

ORIGINAL

Case No. 3:14-mj-00022-DMS

USMS-D/ALASKA-WARRANTS
FID# 7236117
WARRANT # 1406-0116-0163-2
Entered NCIC _____
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jason Frederick Wilson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
21 USC 841(a)(1) & (b)(1)(C) Heroin Distribution

Date: 1/16/14

City and state: Anchorage, AK

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED

*Issuing officer's signature*

Magistrate Judge Deborah M. Smith
*Printed name and title*

### Return

This warrant was received on *(date)* 1/16/2014, and the person was arrested on *(date)* 1/16/2014
at *(city and state)* _____

Date: 1/16/2014

redacted signature
*Arresting officer's signature*

DEA, TFO VANCE PERONTO
*Printed name and title*